B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br>Northern District of New York | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If individual: Last, First, Middle)<br>**Bianchi Industrial Services, LLC** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names)<br>Bianchi-Trison Corporation, Bianchi and Sons, Inc., Bianchi Demolition, LLC, Bianchi Irison Corp., DM Bianchi Demolition Services, LLC., Environmental Safety Corporation, Environmental Safety & Control, LLC., Belle Isle Realty Corp., see attached |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (if more than one, state all.) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code)<br>**208 Long Branch Road**<br>**Suite 300**<br>**Liverpool, NY**<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: **Onondaga**<br>ZIP CODE **13209** | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7 ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts**
(Check **one** box.)

Petitioners believe:

☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

**Type of Debtor**
(Form of Organization)

☐ Individual (Includes Joint Debtor)
☑ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check **one** box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principle assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br><br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

Other Names used by debtor in the last 8 years: Bianchi Dismantlement & Recycling, LLC. Bianchi Environmental Safety LLC, Industrial Leasing Company of Syracuse, Inc., Bianchi Industrial Services, LLC., Environmental Safety & Control Corp.,

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _Mary A. Coogan, Supervisor_  
Signature of Petitioner or Representative (State title)

Name of Petitioner: Town of Camillus  
Date Signed: 1/26/11

x _[signature]_ 1/26/11  
Signature of Attorney / Date

Name of Attorney Firm (If any): _____

Name & Mailing Address of Individual Signing in Representative Capacity:  
Mary Ann Coogan  
4600 W Genesee St  
Syracuse, NY 13219

Address:  
333 E. Onondaga St  
Syracuse, NY 13202  
Telephone No.: 315-424-7447

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Town of Camillus, 4600 West Genesee Street, Syracuse, New York 13219 | waste disposal at landfill | 102,336.74 |
| Tri Tank Corp., 115 Farrell Road, Syracuse, New York 13209 | mechanical work on equipment and vehicles, selling diesel fuel | 14,948.40 |
| Ricelli Enterprises Inc., 6509 Basile Rowe, East Syracuse, New York 13057 | trucking services | 83,365.61 |
| Ricelli Trucking, Inc., 6509 Basile Rowe, East Syracuse, New York 13057 | trucking services | 4,566.08 |
| | Total Amount of Petitioners' Claims | $ 205,216.83 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _Richard Riccelli Jr. President_
Signature of Petitioner or Representative (State title)
Riccelli Ent Inc.   2/3/11
Name of Petitioner   Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Richard Riccelli Jr
Riccelli Ent Inc.
PO Box 6418
Syracuse, NY 13217

x _signature_   2/7/11
Signature of Attorney   Date
Gilberti Stinziano Heintz & Smith, PC
Name of Attorney Firm (If any)
555 East Genesee St.
Syracuse, NY 13202
Telephone No. 315-442-0100

x _Lucille M Nicholson, President_
Signature of Petitioner or Representative (State title)
Riccelli Trucking Inc   2/3/11
Name of Petitioner   Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Lucille Nicholson
Riccelli Trucking Inc.
PO Box 6401
Syracuse NY 13217

x _signature_   2/7/11
Signature of Attorney   Date
Gilberti Stinziano Heintz & Smith, PC
Name of Attorney Firm (If any)
555 East Genesee St.
Syracuse, NY 13202
Telephone No. 315-442-0100

x _____
Signature of Petitioner or Representative (State title)
_____
Name of Petitioner   Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney   Date
Name of Attorney Firm (If any)
Address
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2    Name of Debtor Bianchi Industrial Services, LL

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x *George A. Terpening* President    x *[signature]* 1/28/11
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date

Tri Tank Corp.                  1/ /11
Name of Petitioner              Date Signed

Name of Attorney Firm (If any)
Craig J. Billinson

Name & Mailing Address of Individual Signing in Representative Capacity

George A. Terpening
115 Farrell Rd.
Syracuse, NY 13209

Address
342 S. Salina St, Suite 300
Telephone No. Syracuse, NY 13202

(315) 471-6265

x _____    x _____
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date

Name of Petitioner    Date Signed    Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity    Address

Telephone No.

x _____    x _____
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date

Name of Petitioner    Date Signed    Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity    Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

| | ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|---|
| 1. ☑ | Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. §303(b). | |
| 2. ☐ | The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code. | |
| 3.a. ☐ | The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>                      or | |
| b. ☐ | Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

<u>1</u> Continuation sheets attached